## RELEASE AND INDEMNITY AGREEMENT

KNOW ALL MEN BY THESE PRESENTS, That WILLIAM DAVIS, for the sole consideration of Twelve Thousand Dollars ($12,000.00), the receipt and sufficiency whereof are hereby acknowledged, has released and forever discharges, and by these presents does release for himself, and for any and all heirs, executors, administrators, successors and assigns, Amy Sowinski, Individually and d/b/a Yardmaster, Craig Sowinski, Individually and d/b/a Yardmaster, and Clean 'N Brite Services of Augusta, LLC, and any and all other persons, firms or corporations whomsoever, none of whom admit any liability but all expressly deny any such liability, of and from all claims of any description, demands, damages, actions or causes of action, including, but not limited to, all claims raised, or which could have been raised in Civil Action File No. CV113-186 filed in the United States District Court for the Southern District of Georgia, from the beginning of time through the date of the execution of this agreement.

Furthermore, know all men by these presents, that Amy Sowinski, Individually and d/b/a Yardmaster, Craig Sowinski, Individually and d/b/a Yardmaster, and Clean 'N Brite Services of Augusta, LLC, for good and valuable consideration, including but not limited to the agreement of William Davis to release certain claims, have released and forever discharged, and by these presents do release for each, and for any and all heirs, executors, administrators, successors and assigns of each, William Davis, who does not admit any liability, but rather expressly denies any such liability, of and from all claims of any description, demands, damages, actions or causes of action, including, but not limited to, all claims raised, or which could have been raised in Civil Action File No. CV113-186 filed in the United States District Court for the Southern District of Georgia, from the beginning of time through the date of the execution of this agreement.

It is stipulated and agreed between William Davis and the parties released hereby that the above-described consideration in the amount of Twelve Thousand Dollars ($12,000.00) shall be comprised of the sum of Four Thousand Dollars ($4,000.00) in wages, Four Thousand Dollars ($4,000.00) as a statutory penalty, and Four Thousand Dollars ($4,000.00) in attorney's fees. Appropriate taxes shall be withheld by the undersigned's former employer on the above-described wage payment only. It is further stipulated and agreed between William Davis and the parties released hereby that the sum of Six Thousand Dollars ($6,000.00) will be paid to counsel for William Davis no later than April 30, 2014, and that six (6) subsequent payments of One Thousand Dollars ($1,000.00) shall be made by no later than the last day of each of the successive six (6) months thereafter, until such time as the total payment of Twelve Thousand Dollars ($12,000.00) has been made.



William Davis promises and agrees, in consideration of this payment, to indemnify, hold harmless and to repay to any party released hereby all claims, damages, costs or expense that such party may hereafter be required by law to pay because of any subsequent claim pursuant to the Federal Fair Labor Standards Act against any person or entity arising out of the undersigned's employment or affiliation with any party released hereby, as described in the undersigned's Complaint as referenced above.

The parties hereby declare that this release and indemnity agreement contains the entire understanding between the parties, and that the terms hereof have been completely read and are fully understood and voluntarily accepted for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise, and for the express purpose of precluding forever any further or additional claims.

Signed and sealed this **5**ᵗʰ day of ____May____, 2014.

**READ CAREFULLY BEFORE SIGNING!**

_____ (SEAL)
WILLIAM DAVIS

Signed and sealed in the presence of:

_____
Notary Public
State of Georgia
My Commission Expires:

_____ (SEAL)
AMY SOWINSKI, INDIVIDUALLY
AND D/B/A "YARDMASTER"

Signed and sealed in the presence of:

_____
_____
Notary Public
State of Georgia
My Commission Expires: 01-12-2016

Page 2 of 3

_____(SEAL)
CRAIG SOWINSKI, INDIVIDUALLY
AND D/B/A "YARDMASTER"

Signed and sealed in the
presence of:

_Janice Baggett_
Notary Public
State of Georgia
My Commission Expires:

THOMAS F ALLGOOD
Notary Public, Georgia
Richmond County
My Commission Expires
July 26, 2016

CLEAN 'N BRITE SERVICES OF
AUGUSTA, LLC

BY:_____(SEAL)
   AS ITS — Owner

Signed and sealed in the
presence of:

_Janice Baggett_
Notary Public
State of Georgia
My Commission Expires:

THOMAS F ALLGOOD
Notary Public, Georgia
Richmond County
My Commission Expires
July 26, 2016